**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL AMES, JR.,**

    *Plaintiff*,

v.   Case No: 6:20-CV-00249-PGB-DCI

**SUREPODS, LLC, a foreign limited liability company,**

    *Defendant.*

_____

**DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW**
**BY ATTORNEY DEBORAH A. CATALANO**

Defendant SUREPODS, LLC ("Defendant"), by and through its undersigned counsel, hereby seeks leave of Court to withdraw additional counsel for Defendant and states as follows:

1. Deborah A. Catalano resigned from the law firm of Littler Mendelson, P.C. and will no longer be associated with this case. Therefore, Ms. Catalano should be removed as an attorney of record for Defendant and from the docket.

2. Neither party will be unduly or unfairly prejudiced by the withdrawal of Deborah A. Catalano. Kimberly Doud will remain Defendant's lead trial counsel.

3. Pursuant to Local Rule 3.01(g), on April 22, 2020, the undersigned conferred with Plaintiff's counsel regarding the relief requested in this Motion, and Plaintiff's counsel does not oppose the relief requested herein.

WHEREFORE, for the reasons set forth herein, Defendant respectfully requests this Court permit Deborah A. Catalano to withdraw from this case.

DATED this 22nd day of April, 2020.          Respectfully submitted,

>                                    LITTLER MENDELSON, P.C.
>                                    111 North Orange Avenue, Suite 1750
>                                    Orlando, Florida 32801
>                                    Telephone:  (407) 393-2900
>                                    Facsimile:  (407) 393-2929
>
>                         By:        */s/ Kimberly J. Doud*
>                                    Kimberly J. Doud, Esquire
>                                    Florida Bar No. 0523771
>                                    kdoud@littler.com
>
>                                    Attorneys Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy via email to the following:  Noah E. Storch, Esquire, Richard Celler, Esquire, Richard Celler Legal, PA, 10368 West SR 84, Suite 103, Davie, Florida 33324, email: noah@floridaovertimelawyer.com.

>                                    */s/ Kimberly J. Doud*
>                                    Kimberly J. Doud, Esquire

4829-9886-2266.1 098194.1005